In re Yasuhiro ISHII and Osamu Sano.

No. 2009–1134.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas, Director, Patent and Trademark Office.

Michael K. Mutter, Birch Stewart Kolasch & Birch LLP, Falls Church, VA, for Osamu Sano and Yasuhiro Ishii.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).